# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| WAGNER OIL COMPANY AND BRYAN C. WAGNER, | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 4:19-cv-00126-P |
| v. | § § | [Consolidated with: CIVIL ACTION NO. 4:19-cv-00072-P |
| NORTH AMERICAN CAPACITY INSURANCE COMPANY, | § § § | CIVIL ACTION NO. 4:19-cv-00941-P] |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties jointly stipulate as follows:

1. All claims that were, or could have been, asserted in the above-styled action are dismissed **WITH PREJUDICE**;

2. This dismissal has no effect on any claims that were not released under the terms of that certain Confidential Settlement Agreement and Release entered into by and between the parties, all of which are expressly preserved;

3. Each party will bear its own costs, fees, and expenses; and

4. Each party waives all rights of appeal.

**SO STIPULATED:**

By: */s/ Whitney Beckworth*
    Marshall M. Searcy, Jr.
    *Attorney-in-Charge*
    State Bar No. 17955500
    marshall.searcy@kellyhart.com
    Scott R. Wiehle
    State Bar No. 24043991
    scott.wiehle@kellyhart.com
    Derek W. Anderson
    State Bar No. 24012215
    derek.anderson@kellyhart.com
    Whitney D. Beckworth
    State Bar No. 24087400
    whitney.beckworth@kellyhart.com
    Caroline A. Brownlie
    State Bar No. 24101562
    caroline.brownlie@kellyhart.com
    **KELLY HART & HALLMAN LLP**
    201 Main Street, Suite 2500
    Fort Worth, Texas 76102

**ATTORNEYS FOR PLAINTIFFS/COUNTER DEFENDANT WAGNER OIL COMPANY AND BRYAN C. WAGNER**

By: */s/ Courtney Ervin*
    Courtney Ervin
    *Attorney-in-Charge*
    State Bar No. 24050571
    cervin@hicks-thomas.com
    Stephen M. Loftin
    State Bar No. 12489510
    sloftin@hicks-thomas.com
    A. Elizabeth Larson
    State Bar No. 24076950
    llarson@hicks-thomas.com
    J. Stephen Barrick
    State Bar No. 00796168
    sbarrick@hicks-thomas.com
    Amanda Goldstein
    State Bar No. 24102067
    agoldstein@hicks-thomas.com
    **HICKS THOMAS LLP**
    700 Louisiana St., Suite 2300
    Houston, Texas 77002
    Telephone: 713.547.9100
    Facsimile: 713.547.9150

    J. Frank Kinsel Jr.
    State Bar No. 11488700
    jkinsel@canteyhanger.com
    Scott A. Fredricks
    Bar No. 24012657
    sfredricks@canteyhanger.com
    Katherine Hancock
    State Bar No. 24106048
    khancock@canteyhanger.com
    **CANTEY HANGER LLP**
    600 W. 6th St., Suite 300
    Fort Worth, Texas 76102
    Telephone: 817.877.2800
    Facsimile: 817.877.2807

**ATTORNEYS FOR DEFENDANT/COUNTER PLAINTIFF ST. PAUL FIRE AND MARINE INSURANCE COMPANY**

By: */s/ Kevin L. Sewell*
    Kevin L. Sewell
    *Attorney-in-Charge*
    State Bar No. 00789619
    sewell@mdjwlaw.com
    Matthew S. Paradowski
    State Bar No. 24027588
    paradowski@mdjwlaw.com
    **MARTIN, DISIERE, JEFFERSON & WISDOM, LLP**
    9111 Cypress Waters Blvd.
    Suite 200
    Dallas, TX 75019

**ATTORNEYS FOR DEFENDANT FEDERAL INSURANCE COMPANY**

By: */s/ Kristin C. Cummings*
    Kerry K. Brown
    *Attorney-in-Charge*
    State Bar No. 03149880
    kbrown@zelle.com
    Kristin C. Cummings
    State Bar No. 24049828
    kcummings@zelle.com
    **ZELLE LLP**
    901 Main Street, Suite 4000
    Dallas, Texas 75202

**ATTORNEYS FOR DEFENDANT NORTH AMERICAN CAPACITY INSURANCE COMPANY**

By: */s/ Mary "Amy" Cazes Green*
    Blake A. Bailey
    *Attorney-in-Charge*
    State Bar No. 01514700
    blake.bailey@phelps.com
    Mary "Amy" Cazes Green
    State Bar No. 2400564
    Amy.greene@phelps.com
    **PHELPS DUNBAR LLP**
    115 Grand Avenue, Suite 222
    Southlake, Texas 76092

**ATTORNEYS FOR DEFENDANT SCOTTSDALE INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

    I hereby certify that on May 28, 2021 a true and correct copy of the foregoing was served on all counsel of record via the Court's ECF system.

                                       */s/ Whitney D. Beckworth*
                                       Whitney D. Beckworth